UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date___July 24, 2018_____ Judge __**Noelle C. Collins**_____ Case No.____4:18cr00213 NAB_____

**UNITED STATES OF AMERICA** v. ____Salven Nedic_____

**Court Reporter** __FTR GOLD_____ Deputy Clerk ___K. Battle_____

Assistant United States Attorney(s) _____Tracy Berry_____

Attorney(s) for Defendant(s) _____Michelle Monahan_____

Interpreter _____N/A_____ □ **SEALED PROCEEDING**

**Proceedings:**

□ Initial Appearance        □ Detention Hearing        □ Preliminary Revocation
□ Arraignment        □ Bond Review        □ Probation
□ Preliminary Examination        □ Bond Execution/Appearance Bond        □ Supervised Release
□ Motion Hearing        □ In Court Hrg (WAIVER OF MOTIONS)        ☑ Competency
   □ Evidentiary Hearing        □ Change of Plea/Sentencing        □ Pretrial/Status Conference
   □ Oral Argument/Non Evidentiary Hearing        □ Rule 5(c)(3)Removal (Identity)        □ Material Witness

Parties present for hearing on Competency hearing. The defendant is not present. The Court hears argument from attorneys. The attorney for defendant makes an objection as to plaintiff's sealed motion. The defendant found incompetent. Order to issue.

_____

_____

□ Oral Motion for appointment of counsel (GRANTED)    □ Defendant is advised of rights/indicates understanding of those rights.

□ Bail/Bond set in the amount of: $ _____    □ Secured Appearance Bond    □ Secured by 10%

     □ Secured by cash only    □ Secured by property    □ Unsecured bond      □ O/R bond

□ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

□ Preliminary examination set for _____ @ _____

□ Defendant arraigned     □ Waives reading of indictment/information       □ Matter taken under advisement

□ Plea entered __Not Guilty_____      Order on pretrial motions:    ☑ issued    □ to issue

□ Oral Motion for Suppression     □ Motion for Extension of Time to File Pretrial Motions (GRANTED).

□ **Criminal Pretrial Motions Due** _____
□ Defendant waives _____       □ order to issue    □ oral ruling

□ Defendant waives evidentiary hearing       □ By leave of court withdraws all pretrial motions

Trial date/time _____       Before U.S. District Judge _____

     ☑ Remanded to **CUSTODY**     □ Released on **BOND**

Next hearing date/time _____ Type of hearing _____ Before Judge _____
Proceeding commenced ___1:26pm_____ Proceeding concluded ___1:31pm____ Continued to _____
□ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
□ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.
□ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law/conditions set out in the instant petition/complaint.